# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **TAMMIE MOORE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:06-cv-85 (HL) |
| | : | |
| **BLACK CROW MEDIA** | : | |
| **OF VALDOSTA, LLC.,** | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER

Plaintiff, Tammie Moore, filed a pro se complaint in this Court on August 31, 2006, alleging violations of the Family and Medical Leave Act by her former employer, Black Crow Media of Valdosta, LLC. In compliance with this Court's Order entered September 14, 2006, Moore amended her complaint on October 13, 2006. After review of the amended complaint, the Court finds that the allegations are sufficient to allow Moore's claims to go forward.

Accordingly, it is hereby **ORDERED** that service be made as provided by law upon defendant Black Crow Media of Valdosta, LLC. and that Defendant file a Waiver of Reply, an Answer, or such other response as may be appropriate under Rule 12 of the Federal Rules of Civil Procedure. The Court further directs as follows.

### DUTY TO ADVISE OF ADDRESS CHANGE

During the pendency of this action, each party shall at all times keep the Clerk of

Court and all opposing attorneys and/or parties advised of their current address and telephone number.  Failure to promptly advise the Clerk of any change of address or telephone number may result in the dismissal of a party's pleadings filed herein.

## DUTY TO PROSECUTE ACTION

Plaintiff is advised that she must diligently prosecute her complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  Defendant is advised that it is expected to diligently defend all allegations made against it and to file timely dispositive motions as hereinafter directed.  This matter will be set down for trial when the court determines that discovery has been completed and that all motions have been disposed of or the time for filing dispositive motions has passed.

## FILING AND SERVICE OF MOTIONS, PLEADINGS, DISCOVERY AND CORRESPONDENCE

It is the responsibility of each party to file original motions, pleadings, and correspondence with the Clerk of Court; to serve copies of all motions, pleadings, discovery, and correspondence upon opposing parties or counsel for opposing parties if they are represented; and to attach to said original motions, pleadings, and correspondence filed with the Clerk a certificate of service indicating who has been served and where (i.e., at what address), when service was made, and how service was accomplished (i.e., by United States Mail, by personal service, etc.).  The Clerk of Court will not serve or forward copies of such motions, pleadings, and correspondence on behalf of the parties.

## DISCOVERY

Plaintiff shall not commence discovery until an answer or dispositive motion has been filed on behalf of the defendant from whom discovery is sought by the plaintiff. Defendant shall not commence discovery until such time as an answer or dispositive motion has been filed. Once an answer or dispositive motion has been filed, the parties are authorized to seek discovery from one another as provided in the Federal Rules of Civil Procedure. Plaintiff is hereby advised that failure to submit to a deposition may result in the dismissal of her lawsuit under Rule 37 of the Federal Rules of Civil Procedure.

## REQUESTS FOR DISMISSAL AND/OR JUDGMENT

Dismissal of this action or requests for judgment will not be considered by the Court absent the filing of a separate motion therefor accompanied by a brief/memorandum of law citing supporting authorities.

**SO ORDERED**, this the 17th day of October, 2006.


                        **s/   Hugh Lawson**
                        **HUGH LAWSON, JUDGE**

mls